170 A.3d 938

STATE OF NEW JERSEY, PLAINTIFF, v. STEPHEN UKO UDOH, DEFENDANT-MOVANT.

September 22, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for reconsideration as within time (M–100) is granted.

170 A.3d 939

ZIA H. SHAIKH, PLAINTIFF-MOVANT, v. LAURA L. GERMADNIG-SHAIKH, DEFENDANT.

September 22, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–111) is granted.